**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 1:13-CR-12 (WLS) |
| | : | |
| MARY WILKERSON, | : | |
| Defendant. | : | |

## ORDER

Before the Court is Defendant Mary Wilkerson's Motion to Modify Scheduling Order. (Doc. 95.) Wilkerson requests additional time to file preliminary motions. In support of this request, Wilkerson notes the Court denied her recent motions without prejudice, and she needs additional time to file motions related to the Government's voluminous discovery.

For good cause shown, Wilkerson's motion is **GRANTED**. The deadline to file preliminary motions is hereby **EXTENDED** to Friday, August 30, 2013. Responses to those motions and replies to those responses are due in the time frame set in Middle District of Georgia Local Criminal Rule 47. Any hearing necessary for those motions shall be set by separate order.

**SO ORDERED**, this  15th  day of August 2013.

                                            /s/ W. Louis Sands
                                          **THE HONORABLE W. LOUIS SANDS,**
                                          **UNITED STATES DISTRICT COURT**