# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE NO.: 1:13-CR-12 (WLS) |
| | : | |
| STEWART PARNELL *et al*, | : | |
| Defendants. | : | |

## **ORDER**

On August 14, 2013, the Court held a telephonic status conference to discuss trial conflicts in the above-captioned case. During the conference, the Government estimated that its case-in-chief would last four to five weeks. Defense counsel estimated their defenses would last two weeks. The Parties also informed the Court as to various conflicts.

Based on the Parties' representations and the Court's calendar, the trial in this case is hereby **CONTINUED** to Monday, February 10, 2014, at 8 a.m., in the C.B. King United States Courthouse in Albany, Georgia.[1] The trial is estimated to last until approximately Monday, March 31, 2014. The Court will not continue the trial absent a showing of good cause in a timely written motion. Within **fourteen (14) days** from the entry of this Order, the Parties shall confer and send to the Court a joint proposed scheduling order to memorialize dates for any necessary hearing and the pretrial conference

**SO ORDERED**, this  15th  day of August 2013.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,**
**UNITED STATES DISTRICT COURT**

---

[1] This case is designated as complex under the Speedy Trial Act. (Doc. 45.)

1