IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 1:13-cr-12 (WLS) |
| | : | |
| STEWART PARNELL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The Parties in the above-captioned case appeared for a *Daubert* hearing on Thursday, March 13, 2014. At the conclusion of the hearing, the Parties requested an opportunity to brief their positions regarding the admissibility of Dr. Conley's testimony. The Court approved the request and notified the Parties it would issue an Order setting forth a briefing schedule. This Order sets forth the schedule.

- Within seven (7) days of receipt of the hearing transcript, counsel for Parnell shall file a brief discussing the admissibility of Dr. Conley.
- Within seven (7) days of receipt of Parnell's brief, the United States shall file a response brief.
- Within seven (7) days of receipt of the response brief, Parnell may file a reply brief.

**SO ORDERED**, this ___17th___ day of March, 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**