

GOVERNMENT EXHIBIT 1

USPO REPORT OF VICTIMS
ENTITLED TO RESTITUTION

| Victim | Manufacturer | Restitition Due | Next of Kin |
|---|---|---|---|
| Shirley Almer (Deceased) | King Nut | $11,247.92 | Jeff Almer |
| Michalle Anderson | Kelloggs | $28,347.76 | |
| Karen Andrew | Cliff | $18,898.51 | |
| Sophie Baker | Kelloggs | $5,459.58 | |
| Stephanie Bielen | Kelloggs | $4,199.67 | |
| Carolyn Dawson | Kelloggs | $27,297.84 | |
| William Entriken, Sr. | Kelloggs | $12,599.00 | |
| Doris Flatgard | King Nut | $31,497.51 | |
| Irene Griffin | Kelloggs | $29,247.92 | |
| Todd Harps | PB Cookie From Bakery | $4,199.67 | |
| Jacob "Jake" Hurley | Kelloggs | $4,200.00 | |
| Page Illiano | Kelloggs | $19,848.59 | |
| Laura Anne Lareau | Kelloggs | $9,449.25 | |
| Chris Meunier | Kelloggs | $24,148.09 | |
| Nellie Napier (Deceased) | Kelloggs | $72,444.27 | Ronald Napier |
| Gaetano Piccadaci | Kelloggs | $4,199.67 | |
| Betty Shelander (Deceased) | Zone Perfect | $104,991.70 | Albert Shelander |
| John Stephens | Vitamin Cottage | $20,998.34 | |
| B. Whalen | Kelloggs | $15,748.75 | |
| Ponise Youngblood | Kelloggs | $52,495.85 | |
| Melonie Reliford | Kelloggs | $28,347.76 | |
| Minnie Borden (Deceased) | Kelloggs | $57,745.43 | Earnest & Earlene Carter |
| | TOTAL AMOUNT DUE | $587,613.08 | |