

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA

## MINUTE SHEET OF COURT PROCEEDING [UNCONTESTED]

Date: JAN. 26, 2016                           Hearing Type: Restitution Hearing

Judge: W. LOUIS SANDS                         Court Reporter: Sally Gray

Courtroom Deputy: Joan B. King               Interpreter:

### Case Number:    1:13cr12 and 1:13cr7 (WLS)

**U.S.A.**                                   Counsel:  Alan Dasher / Patrick Hearn

v.

**STEWART PARNEL** *[waived appearance]*     Counsel:  Thomas Bondurant / Kenneth Hodges
**MICHAEL PARNELL** *[waived appearance]*              Edward Tolley
**SAMUEL LIGHTSEY**                                    Clayton Tart
**DANIEL KILGORE**                                     Robert McLendon

Agents/Experts in Attendance:  Staff Attorney CJS

---

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

***IN COURT Time:  1 hr 29 mins***

10:06    Convene.
Hearing set to determine amount of restitution to be ordered by the Court.
The Court noted for the record that Dfts Stewart and Michael Parnell were not present as they had filed necessary sworn affidavits and waived their right to attend.  Dfts Lightsey and Kilgore are present.

The Court would like to hear how victims were identified and how losses calculated.

Dft Stewart Parnell moved to exclude additional evidence to be presented by Govt stating it had missed the deadline pursuant to the Court's previous Order.  The Court stated that it expected substantive evidence to be presented today, i.e. how victims were identified; how losses calculated; amount of restitution currently owed, etc

       Each Dft joined Dft Stewart Parnell's Motion.
10:19  Govt argument.  *[Atty Dasher]*
       Govt Exhs 1, 2, 3 tendered.   Objection by Dfts Stewart Parnell and Michael Parnell.
10:56  Dft Stewart Parnell argument.  Objection to Govt Exhs also stated.
11:04  Dft Michael Parnell argument.  Objection to Govt Exhs also stated.
11:07  Dft Kilgore argument.  Dft also adopts Parnell Dfts' argument/objections.
11:10  Dft Lightsey argument.
11:13  Each Dft adopts the argument of other Dfts.
       Govt rebuttal.
       Govt Exhs 1 and 2 admitted over objection.
       The Court inquired and counsel agreed no need to file under seal.
11:25  Dft Lightsey response.  Each Dft adopts.
       Dfts no further evidence to present. Each Dft adopts argument of other Dfts.
       The Court will leave record open for 14 days to allow Dfts to file additional argument(s).
       No response(s).
11:35  Adjourned.